## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748 <br><br> MDL No. 2545 <br><br> Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: <br><br> *Herman Arbuthnot and Ethel Arbuthnot v. Endo Pharmaceuticals, Inc.,* <br><br> Case No. 1:16-cv-11205 | |

### Stipulation Dismissing Endo Pharmaceuticals, Inc.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel indicated below who all consent to the filing of this stipulation, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiffs Herman Arbuthnot and Ethel Arbuthnot ("Plaintiffs") hereby dismiss all claims against defendant Endo Pharmaceuticals, Inc. with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 24, 2018              Respectfully submitted,

*/s/ Michael D. Bell*
Michael D. Bell
Gallon Takacs Boissoneault & Schaffer Co. L.p.a.
3516 Granite Circle
Toledo, OH 43617
(419) 843-2001
Email: mbell@gallonlaw.com

*Counsel for Plaintiff*

*/s/ Andrew K. Solow*
Andrew K. Solow
ARNOLD & PORTER
250 West 55th Street
New York, NY 10019-9710
(212) 836-7740
Email: Andrew.Solow@arnoldporter.com

*Counsel for Defendants Endo Pharmaceuticals, Inc.*

2

**CERTIFICATE OF SERVICE**

    I, Andrew K. Solow, hereby certify that on September 24, 2018, the foregoing filing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.


Dated: September 24, 2018                  /s/ Andrew K. Solow
                                                       Andrew K. Solow